*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 07-28527-D-13L
                                          ) Docket Control No. FEC-7
MARIA M. ANGWIN,                          )
                                          ) Date:  December 15, 2009
                  Debtor.                 ) Time:  1:00 p.m.
                                          ) Dept:  D
_____)

### MEMORANDUM DECISION

This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.

Maria M. Angwin (the "debtor") has objected to a series of claims of B-Real LLC ("B-Real"), Claim Nos. 5, 8, 9, 11, and 12, as designated on the court's claims register, by objection bearing Docket Control No. FEC-7. (These claims are for the same debt; each proof of claim amends the prior one.)

By memorandum decision and order filed herewith in connection with Docket Control No. FEC-6, the court has ruled on the debtor's objection to another series of claims of B-Real. The court incorporates herein the findings and conclusions set forth in that memorandum decision, and for the same reasons as set forth therein, the court will overrule the debtor's objection to Claim Nos. 5, 8, 9, 11, and 12.

The court will issue an appropriate order.

Dated: December 23, 2009         /s/ Robert Bardwil
                                 ROBERT S. BARDWIL
                                 United States Bankruptcy Judge

# CERTIFICATE OF MAILING

    I, Andrea Lovgren, in the performance of my duties as Deputy Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail a true copy of the attached document on today's date to each of the parties listed below:

Lawrence Loheit
P.O. Box 1858
Sacramento, CA 95812-1852

Maria Angwin
3358 Landmark Court
Redding, CA 96003

Fredrick Clement
1300 West Street, #C
Redding, CA 96001

Linh Tran
2101 Fourth Avenue, Suite 900
Seattle, WA 98121

DATE:   DEC 2 3 2009

_____
Deputy Clerk